# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 24-57380-bem |
| Coi Le-Tuan Fenderson, | * | |
| | * | |
| and | * | CHAPTER 13 |
| Stephaine Y M Fenderson, | * | |
| | * | |
| Debtors | * | CONTESTED MATTER |

## MOTION TO EXTEND 11 U.S.C. § 362(a) STAY

**COME NOW** Debtors and through counsel file this *Motion to Extend 11 U.S.C. § 362(a) Stay*, showing to this Honorable Court the following:

1.

This Court has jurisdiction in this contested matter pursuant to 28 U.S.C. § 1334; LR 83.7A NDGA; and, the Order of Referral entered by the United States District Court Northern District of Georgia on July 12, 1984.  Venue is appropriate pursuant to 28 U.S.C. § 1409.  This matter is a core proceeding as defined by 28 U.S.C. § 157(b)(2)(A)(G) and (O); in the alternative, Debtors expressly consent to this Court's entering an order in this contested matter. This motion is brought pursuant to 11 U.S.C. § 362(c)(3)(B) and F. R. Bankr. P. 9014.

2.

Debtors filed for relief in the instant Chapter 13 case on July 17, 2024.

3.

Debtors were the debtors in a prior bankruptcy case, case #23-61857, which was pending and dismissed within the twelve-month period preceding the filing of the instant case.

4.

Debtors' prior case was dismissed because of failure to make plan payment. Debtors' payments increased and they were unable to catch up.

5.

Debtors aver that they can successfully prosecute this case because Debtors payments are lower in this case and they can afford to maintain payments going forward.

**WHEREFORE**, Debtors pray that the stay under 11 U.S.C. § 362(a) be extended pursuant to 11 U.S.C. §362(c)(3)(B) as to all creditors in this case.

Respectfully submitted,

/s/ _____
Iesha Warmack, GA Bar No. 865980
Attorney for Debtors

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta  GA  30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 24-57380-bem |
| Coi Le-Tuan Fenderson, | * | |
| | * | |
| and | * | CHAPTER 13 |
| Stephaine Y M Fenderson, | * | |
| | * | |
| Debtors | * | CONTESTED MATTER |

**NOTICE OF HEARING ON MOTION TO EXTEND STAY**

 **PLEASE TAKE NOTICE** that Debtors Coi Le-Tuan Fenderson and Stephaine Fenderson filed a *Motion to Extend 11 U.S.C. § 362(a) Stay* seeking to extend the Automatic Stay as to all creditors in this case.

 **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Objection at **10:30 A.M**. on **August 7, 2024,** in Courtroom **1402**, United States Courthouse, **75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

 Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340,

75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Date: 7/23/2024

                        Respectfully submitted
                        CLARK & WASHINGTON, LLC

                        /s/
                        Iesha Warmack, GA Bar No. 865980

Clark & Washington, LLC         Attorney for Debtors
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 24-57380-bem |
| Coi Le-Tuan Fenderson, | * | |
| | * | |
| and | * | CHAPTER 13 |
| Stephaine Y M Fenderson, | * | |
| | * | |
| Debtors | * | CONTESTED MATTER |

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of July 2024, I electronically filed the foregoing *Motion to Extend 11 U.S.C. § 362(a) Stay* and *Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

K. Edward Safir, the Standing Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepared or overnight mail on the following parties at the address shown for each.

Coi Fenderson
3741 Macedonia Road
Powder Springs, GA 30127

In addition, I certify that I served all creditors listed in the attached matrix by mailing copies of the motion and notice to the addresses indicated therein.

Dated: 7/23/2024

/s/
Iesha Warmack, GA Bar No. 865980
Attorney for Debtors
Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

```
Label Matrix for local noticing          Affirm, Inc.                         American Express National Bank
113E-1                                   650 California Street                c/o Becket and Lee LLP
Case 24-57380-bem                        12th Floor                           PO Box 3001
Northern District of Georgia             San Francisco, CA 94108-2716         Malvern, PA 19355-0701
Atlanta
Tue Jul 23 12:05:05 EDT 2024

Amex                                     (p)AUTOMOBILE ACCEPTANCE CORPORATION Balance Homes, Inc.
P. O.Box 981540                          PO BOX 961926                        c/o Lauren Berman
El Paso, TX 79998-1540                   RIVERDALE GA 30296-6914              PO Box 818081
                                                                              Cleveland, OH 44181-8081


Bank of America                          CFNA/Credit First Natl Assoc         CW Nexus Credit Card Holdings I LLC
1315 Westbrook Plaza Drive               PO Box 81315                         Resurgent Capital Services
Winston Salem, NC 27103-1357             Cleveland, OH 44181-0315             PO Box 10368
                                                                              Greenville, SC 29603-0368


Capital City Home Loan                   Capital One                          Capital One
50 Chastain Center Blvd                  Attn: Bankruptcy                     P.O.Box 71083
Kennesaw, GA 30144-5545                  Po Box 30285                         Charlotte, NC 28272-1083
                                         Salt Lake City, UT 84130-0285


Capital One Auto Finance                 Capital One Auto Finance Inc.        Capital One Auto Finance, a division of Capi
Corporation Service Company              RA: Corporation Service Compan       AIS Portfolio Services, LLC
211 E. 7th Street                        211 E. 7th Street,Suite 620          4515 N Santa Fe Ave. Dept. APS
Suite 620                                Austin, TX 78701-3218                Oklahoma City, OK 73118-7901
Austin, TX 78701-3218


Card Works Servicing, LLC                Century Lending II Inc.              Century Lending II, INC
101 Crossways Pk West                    831 Cobb Pkwy N                      Boyd Petersen, R.A
Woodbury, NY 11797-2020                  Marietta, GA 30062-2408              831 Cobb Pkwy N. Suite B
                                                                              Marietta, GA 30062-2408


(p)JPMORGAN CHASE BANK  N A              E. L. Clark                          Continental Finace Co
BANKRUPTCY MAIL INTAKE TEAM              Clark & Washington, LLC              4550 Linden Hill Road
700 KANSAS LANE FLOOR 01                 Bldg. 3                              Ste 4
MONROE LA 71203-4774                     3300 Northeast Expwy.                Wilmington, DE 19808-2930
                                         Atlanta, GA 30341-3932


Courtesy Finance, LLC                    Cr Rentboost                         Credit One Bank
PO Box 501299                            3101 N. Central Road                 6801 Cimarron Road
Atlanta, GA 31150-1299                   Phoenix, AZ 85012-2645               Las Vegas, NV 89113-2273


(p)DELTA COMMUNITY CREDIT UNION          EasyKnock, Inc.                      EasyKnock, Inc.
PO BOX 20541                             111 W. 33rd Street                   Reg. Agent: Business Filings Inc.
ATLANTA GA 30320-2541                    Suite 1901                           289 S Culver St.
                                         New York, NY 10001-2904              Lawrenceville, GA 30046-4805


Coi Le-Tuan Fenderson                    Stephaine Y M Fenderson              Fingerhut
3741 Macedonia Road                      3741 Macedonia Road                  P.O. Box 166
Powder Springs, GA 30127-3663            Powder Springs, GA 30127-3663        Newark, NJ 07101-0166
```

```
Genesis FS Card Services          (p)GEORGIA DEPARTMENT OF REVENUE     Great Lakes
P O BOX 4477                      COMPLIANCE DIVISION                  PO Box 7860
Beaverton, OR 97076-4401          ARCS BANKRUPTCY                      Madison, WI 53707-7860
                                  1800 CENTURY BLVD NE SUITE 9100
                                  ATLANTA GA 30345-3202


IRS                               JPMorgan Chase Bank, N.A.            JPMorgan Chase Bank, N.A.
401 W. Peachtree St., NW          c/o Robertson, Anschutz, Schneid     s/b/m/t Chase Bank USA N.A.
Stop #334-D                       Crane & Partners, PLLC               PO Box 9013
Room 400                          6409 Congress Avenue, Suite 100      Addison, TX 75001-9013
Atlanta, GA 30308                 Boca Raton, FL 33487-2853


(p)JEFFERSON CAPITAL SYSTEMS LLC  Kohls/Capital One                    LVNV Funding LLC
PO BOX 7999                       P.O. Box 3115 Milwaukee              c/o Resurgent Capital
SAINT CLOUD MN 56302-7999         Milwaukee, WI 53201-3115             PO Box 10587
                                                                       Greenville, SC 29603-0587


(p)LENDMARK FINANCIAL SERVICES    National Auto Sales,                 Natl Insts Of Health F
2118 USHER ST                     Attn: Bankruptcy                     111 Rockville Pk
COVINGTON GA 30014-2434           831 Cobb Parkway N                   Rockville, MD 20850-5109
                                  Marietta, GA 30062-2408


Navient                           Navy Federal Credit Union            Nelnet
Attn:  Bankruptcy                 P.O. Box 3000                        P.O. Box 82561
Po Box 9635                       Merrifield, VA 22119-3000            Lincoln, NE 68501-2561
Wilkes Barre, PA 18773-9635


NetCredit                         Paul R. Knighten                     Peoples
175 W. Jackson Blvd.              Knighten Law Firm, LLC               4970 Atlanta Hwy
Suite 1000                        2221 Peachtree Road, Ste. D-295      Alpharetta, GA 30004-2921
Chicago, IL 60604-2863            Atlanta, GA 30309-1163


RentReporters                     Republic                             Republic Finance
PO Box 2637                       3895 Cherokee St NW Ste              793 Whitlock Ave NW
Pasadena, CA 91102-2637           Kennesaw, GA 30144-6730              Marietta, GA 30064


SYNCB/ Rooms To Go                K. Edward Safir                      (p)SELF INC
PO Box 965060                     Standing Chapter 13 Trustee          901 E 6TH STREET SUITE 400
Orlando, FL 32896-5060            Suite 1600                           AUSTIN TX 78702-3206
                                  285 Peachtree Center Ave. NE
                                  Atlanta, GA 30303-1229


Sunrise Banks                     Synchrony Bank                       Total Visa
Attn: Bankruptcy                  Margaret Keane, CEO                  PO Box 91510
200 University Avenue West        170 West Election Road               Sioux Falls, SD 57109-1510
Saint Paul, MN 55103-2075         Suite 125
                                  Draper, UT 84020-6425


(p)TRANSFORM CREDIT INC           US Department of Education           US Express Auto
1440 W TAYLOR ST                  c/o Nelnet                           4745 S Berkeley Lake Road NW
# 431                             121 S 13th Street                    Peachtree Corners, GA 30071-1673
CHICAGO IL 60607-4623             Lincoln, NE 68508-1904
```

```
United States Attorney                  Upstart                                 Verizon
Northern District of Georgia            P.O. Box 1503                           by American InfoSource LP
75 Ted Turner Drive SW, Suite 600       San Carlos, CA 94070-7503               4515 N Santa Fe Ave
Atlanta GA 30303-3309                                                           Oklahoma City, OK 73118-7901


Walmart                                 World Finance Corp
P.O. Box 965024                         P.O.Box 6429
Orlando, FL 32896-5024                  Greenville, SC 29606-6429
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Automobile Acceptance                   Chase                                   Delta Community Credit Union
Pob 961926                              Attn: Bankruptcy                        PO Box 20541
Riverdale, GA 30296                     P.O. Box 15298                          Atlanta, GA 30320-2541
                                        Willmington, DE 19850


Georgia Department of Revenue           Jefferson Capital Systems LLC           Lendmark Financial Service
Compliance Division                     PO Box 7999                             1735 North Brown Road
ARCS Bankruptcy                         Saint Cloud, MN 56302-9617              Suite 300
1800 Century BLVD NE Suite 9100                                                 Lawenceville, GA 60043
Atlanta, GA 30345-3202


Self INC/Lead Bank Community Bank       Transform Credit Inc                    End of Label Matrix
1801 Main Street                        332 S. Michigan Ave.                    Mailable recipients    64
Kansas City, MO 64108                   9th Floor, Wework                       Bypassed recipients     0
                                        Chicago, IL 60604                       Total                  64
```