CO  FILE  DEPT  CLOCK  VCHR. NO.
CJF  000206  787878  XN50P  0

# Earnings Statement

**ADP**

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Period Beginning:  07/07/2024
Period Ending:     07/13/2024
Pay Date:          07/18/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Tax blocked

COI FENDERSON
3741 MACEDONIA ROAD
POWDER SPRINGS GA 30127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 16,145.26 |
| Overtime | | | | 45.42 |
| Holiday | | | | 576.00 |
| P.T.O. | | | | 560.00 |
| **Gross Pay** | | | **$720.00** | 17,326.68 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -44.64 | 1,074.25 |
| | Medicare Tax | -10.44 | 251.24 |
| | **Other** | | |
| | BNKRPT | -281.25 | 2,250.00 |
| | **Net Pay** | **$383.67** | |
| | CHECKING 1 | -283.67 | |
| | CHECKING 2 | -100.00 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | 1.12 | |
| Totl Hrs Worked | 40.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
    GA:              Single
Exemptions/Allowances:
    GA:              0, Tax Blocked

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| MON | 07/08 | 7:25AM | 3:30PM | | | 8.08 |
| TUE | 07/09 | 7:27AM | 3:28PM | | | 8.02 |
| WED | 07/10 | 7:25AM | 3:30PM | | | 8.08 |
| THU | 07/11 | 7:25AM | 3:27PM | | | 8.03 |
| FRI | 07/12 | 7:27AM | 3:14PM | | | 7.78 |

Your federal taxable wages this period are $720.00
Your GA taxable wages this period are $720.00

© 2000 ADP, Inc.

---

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Advice number:  00000290045
Pay date:       07/18/2024

Deposited to the account of
COI FENDERSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1024 | xxxx xxxx | $283.67 |
| xxxxxxxx8712 | xxxx xxxx | $100.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Scanned with CamScanner

# Earnings Statement

**ADP**

CO. FILE DEPT. CLOCK VCHR. NO.
CJF  000206  787878  XN50P  000

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Period Beginning: 06/30/2024
Period Ending: 07/06/2024
Pay Date: 07/11/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Tax blocked

COI FENDERSON
3741 MACEDONIA ROAD
POWDER SPRINGS GA 30127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 24.00 | 432.00 | 15,425.26 |
| Holiday | 18.0000 | 16.00 | 288.00 | 576.00 |
| Overtime | | | | 45.42 |
| P.T.O. | | | | 560.00 |
| **Gross Pay** | | | **$720.00** | 16,606.68 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -44.64 | 1,029.61 |
| Medicare Tax | | -10.44 | 240.80 |
| Other | | | |
| BNKRPT | | -281.25 | 1,968.75 |
| **Net Pay** | | **$383.67** | |
| CHECKING 1 | | -283.67 | |
| CHECKING 2 | | -100.00 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $720.00
Your GA taxable wages this period are $720.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | -0.26 | |
| Totl Hrs Worked | 24.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
    GA:    Single
Exemptions/Allowances:
    GA:    0,Tax Blocked

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| MON 07/01 | 7:25AM | 3:29PM | | | 8.07 |
| TUE 07/02 | 7:25AM | 3:30PM | | | 8.08 |
| WED 07/03 | 7:25AM | 3:16PM | | | 7.85 |
| THU 07/04 | HOLIDAY | | | | 8.00 |
| FRI 07/05 | HOLIDAY | | | | 8.00 |

---

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Advice number: 00000280045
Pay date: 07/11/2024

Deposited to the account of
COI FENDERSON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx1024 | xxxx xxxx | $283.67 |
| | xxxxxxxx8712 | xxxx xxxx | $100.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Scanned with CamScanner

CJF   000206  787878  XN50P   00000045

# Earnings Statement 

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Period Beginning: 06/23/2024
Period Ending: 06/29/2024
Pay Date: 07/03/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Tax blocked

COI FENDERSON
3741 MACEDONIA ROAD
POWDER SPRINGS GA 30127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 14,993.26 |
| Overtime | 27.0000 | .30 | 8.10 | 45.42 |
| Holiday | | | | 288.00 |
| P.T.O. | | | | 560.00 |
| **Gross Pay** | | | **$728.10** | 15,886.68 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | -1.64 | |
| Totl Hrs Worked | 40.30 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -45.14 | 984.97 |
| | Medicare Tax | -10.56 | 230.36 |
| | Other | | |
| | BNKRPT | -281.25 | 1,687.50 |
| | **Net Pay** | **$391.15** | |
| | CHECKING 1 | -291.15 | |
| | CHECKING 2 | -100.00 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
GA:  Single
Exemptions/Allowances:
GA:  0,Tax Blocked

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| MON 06/24 | 7:25AM | 3:30PM | | | 8.08 |
| TUE 06/25 | 7:25AM | 3:29PM | | | 8.07 |
| WED 06/26 | 6:55AM | 2:57PM | | | 8.03 |
| THU 06/27 | 7:25AM | 3:30PM | | | 8.08 |
| FRI 06/28 | 7:25AM | 3:27PM | | | 8.03 |

Your federal taxable wages this period are $728.10
Your GA taxable wages this period are $728.10

---

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Advice number: 00000270045
Pay date: 07/03/2024

Deposited to the account of
COI FENDERSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1024 | xxxx xxxx | $291.15 |
| xxxxxxxx8712 | xxxx xxxx | $100.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Scanned with CamScanner

```
CO    FILE DEPT CLOCK VCHR NO.
CJF   000206 787878 XN50P   0
```

# Earnings Statement

**ADP**

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Period Beginning:  06/16/2024
Period Ending:     06/22/2024
Pay Date:          06/27/2024

COI FENDERSON
3741 MACEDONIA ROAD
POWDER SPRINGS GA 30127

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax blocked

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular  | 18.0000 | 40.00 | 720.00 | 14,273.26 |
| Overtime | 27.0000 |   .18 |   4.86 |     37.32 |
| Holiday  |         |       |        |    288.00 |
| P.T.O.   |         |       |        |    560.00 |
| **Gross Pay** | | | **$724.86** | 15,158.58 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | -44.94 | | 939.83 |
| Medicare Tax | -10.51 | | 219.80 |
| **Other** | | | |
| BNKRPT | -281.25 | | 1,406.25 |
| **Net Pay** | | **$388.16** | |
| CHECKING 1 | -288.16 | | |
| CHECKING 2 | -100.00 | | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $724.86
Your GA taxable wages this period are $724.86

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Pto Balance | -3.02 | |
| Totl Hrs Worked | 40.18 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:           Single
Exemptions/Allowances:
  GA:           0, Tax Blocked

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| MON 06/17 | 7:25AM | 3:30PM | | | 8.08 |
| TUE 06/18 | 7:25AM | 3:28PM | | | 8.05 |
| WED 06/19 | 7:25AM | 3:29PM | | | 8.07 |
| THU 06/20 | 7:26AM | 3:29PM | | | 8.05 |
| FRI 06/21 | 7:34AM | 3:30PM | | | 7.93 |

©2000 ADP, Inc.

---

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Advice number: 00000260044
Pay date: 06/27/2024

Deposited to the account of
COI FENDERSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1024 | xxxx xxxx | $288.16 |
| xxxxxxxx8712 | xxxx xxxx | $100.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Scanned with CamScanner

# Earnings Statement

**AJAY NORTH AMERICA LLC**
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Period Beginning: 06/09/2024
Period Ending: 06/15/2024
Pay Date: 06/20/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Tax blocked

COI FENDERSON
3741 MACEDONIA ROAD
POWDER SPRINGS GA 30127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 39.85 | 717.30 | 13,553.26 |
| Overtime | | | | 32.46 |
| Holiday | | | | 288.00 |
| P.T.O. | | | | 560.00 |
| **Gross Pay** | | | **$717.30** | 14,433.72 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -44.47 | 894.89 |
| | Medicare Tax | -10.40 | 209.29 |
| | Other | | |
| | BNKRPT | -281.25 | 1,125.00 |
| | **Net Pay** | **$381.18** | |
| | CHECKING 1 | -281.18 | |
| | CHECKING 2 | -100.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $717.30
Your GA taxable wages this period are $717.30

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | -4.40 | |
| Totl Hrs Worked | 39.85 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
GA: Single
Exemptions/Allowances:
GA: 0,Tax Blocked

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| MON 06/10 | 7:25AM | 3:25PM | | | 8.00 |
| TUE 06/11 | 7:28AM | 3:00PM | | | 7.53 |
| WED 06/12 | 7:25AM | 3:30PM | | | 8.08 |
| THU 06/13 | 7:24AM | 3:35PM | | | 8.18 |
| FRI 06/14 | 6:57AM | 3:00PM | | | 8.05 |

---

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Advice number: 00000250044
Pay date: 06/20/2024

Deposited to the account of
COI FENDERSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1024 | xxxx xxxx | $281.18 |
| xxxxxxx8712 | xxxx xxxx | $100.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Scanned with CamScanner

```
CO  FILE   DEPT  CLOCK  VCHR NO.
CJF  000206 787878 XN50P   086
```

# Earnings Statement

**ADP**

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Period Beginning:  06/02/2024
Period Ending:     06/08/2024
Pay Date:          06/13/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Tax blocked

COI FENDERSON
3741 MACEDONIA ROAD
POWDER SPRINGS GA 30127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 12,835.96 |
| Overtime | | | | 32.46 |
| Holiday | | | | 288.00 |
| P.T.O. | | | | 560.00 |
| **Gross Pay** | | | **$720.00** | 13,716.42 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -44.64 | 850.42 |
| | Medicare Tax | -10.44 | 198.89 |
| | Other | | |
| | BNKRPT | -281.25 | 843.75 |
| | **Net Pay** | **$383.67** | |
| | CHECKING 1 | -283.67 | |
| | CHECKING 2 | -100.00 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | -5.78 | |
| Totl Hrs Worked | 40.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
   GA:  Single
Exemptions/Allowances:
   GA:  0,Tax Blocked

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| MON 06/03 | 7:26AM | 3:28PM | | | 8.03 |
| TUE 06/04 | 7:26AM | 12:00PM | 12:30PM | 4:02PM | 8.10 |
| WED 06/05 | 7:30AM | 3:20PM | | | 7.83 |
| THU 06/06 | 7:26AM | 3:27PM | | | 8.02 |
| FRI 06/07 | 7:25AM | 3:26PM | | | 8.02 |

Your federal taxable wages this period are $720.00
Your GA taxable wages this period are $720.00

© 2000 ADP, Inc.

---

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Advice number:  00000240043
Pay date:       06/13/2024

Deposited to the account of
COI FENDERSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1024 | xxxx xxxx | $283.67 |
| xxxxxxx8712 | xxxx xxxx | $100.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Scanned with CamScanner

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| CJF | 000206 | 787878 | XN50P | 0000230043 | |

# Earnings Statement

ADP

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Period Beginning:  05/26/2024
Period Ending:     06/01/2024
Pay Date:          06/06/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax blocked

COI FENDERSON
3741 MACEDONIA ROAD
POWDER SPRINGS GA 30127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 24.47 | 440.46 | 12,115.96 |
| Holiday | 18.0000 | 8.00 | 144.00 | 288.00 |
| P.T.O. | 18.0000 | 8.00 | 144.00 | 560.00 |
| Overtime | | | | 32.46 |
| **Gross Pay** | | | **$728.46** | 12,996.42 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -45.17 | 805.78 |
| | Medicare Tax | -10.56 | 188.45 |
| | Other | | |
| | BNKRPT | -281.25 | 562.50 |
| | **Net Pay** | **$391.48** | |
| | CHECKING 1 | -291.48 | |
| | CHECKING 2 | -100.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $728.46
Your GA taxable wages this period are $728.46

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | -7.16 | |
| Totl Hrs Worked | 24.47 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:  Single
Exemptions/Allowances:
  GA:  0, Tax Blocked

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| MON 05/27 | HOLIDAY | | | | 8.00 |
| TUE 05/28 | 7:25AM | 3:29PM | | | 8.07 |
| WED 05/29 | 7:26AM | 3:31PM | | | 8.08 |
| THU 05/30 | 7:27AM | 3:46PM | | | 8.32 |
| FRI 05/31 | PTO | | | | 8.00 |

© 2000 ADP, INC.

---

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Advice number:  00000230043
Pay date:       06/06/2024

Deposited to the account of
COI FENDERSON

| account number | transit  ABA | amount |
|---|---|---|
| xxxxxx1024 | xxxx xxxx | $291.48 |
| xxxxxxx8712 | xxxx xxxx | $100.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Scanned with CamScanner

# Earnings Statement

**ADP**

CJF  00XX06  787878  XN50P

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Period Beginning: 05/19/2024
Period Ending: 05/25/2024
Pay Date: 05/30/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax blocked

COI FENDERSON
3741 MACEDONIA ROAD
POWDER SPRINGS GA 30127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 11,675.50 |
| Overtime | 27.0000 | .90 | 24.30 | 32.46 |
| Holiday | | | | 144.00 |
| P.T.O. | | | | 416.00 |
| **Gross Pay** | | | **$744.30** | 12,267.96 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -46.14 | 760.61 |
| Medicare Tax | | -10.80 | 177.89 |
| Other | | | |
| BNKRPT | | | 281.25 |
| **Net Pay** | | **$687.36** | |
| CHECKING 1 | | -587.36 | |
| CHECKING 2 | | -100.00 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $744.30
Your GA taxable wages this period are $744.30

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | -0.54 | |
| Totl Hrs Worked | 40.90 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:  Single
Exemptions/Allowances:
  GA:  0, Tax Blocked

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| MON 05/20 | 7:22AM | 12:00PM | 12:30PM | 3:51PM | 7.98 |
| TUE 05/21 | 7:23AM | 4:03PM | | | 8.67 |
| WED 05/22 | 7:23AM | 3:31PM | | | 8.13 |
| THU 05/23 | 7:26AM | 3:33PM | | | 8.12 |
| FRI 05/24 | 7:27AM | 3:27PM | | | 8.00 |

---

AJAY NORTH AMERICA LLC
4000 INDUSTRY RD
POWDER SPGS, GA 30127

Advice number: 00000220042
Pay date: 05/30/2024

Deposited to the account of
COI FENDERSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1024 | xxxx xxxx | $587.36 |
| xxxxxxx8712 | xxxx xxxx | $100.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Scanned with CamScanner