PS OPERATOR
3460 Powder Springs Rd
Powder Springs, GA 30127

Earning Statement bektek
Period Begin: 06/23/2024
Period End: 07/06/2024
Pay Date: 07/12/2024

| Earning | Rate | Hours | Amount | Ytd |
|---|---|---|---|---|
| Paid Regular | 19.00 | 49.20 | 934.81 | 15971.40 |
| Paid Overtime | | | | 28.50 |
| Diff $2.00W | | | | 15.00 |
| HolWorked 1.5x | 28.50 | 7.57 | 215.65 | 757.15 |
| | | 56.77 | 1,150.46 | 16,772.05 |

| Tax | | | | |
|---|---|---|---|---|
| FICA | | | -71.33 | -1039.89 |
| Medicare | | | -16.68 | -243.19 |
| | | | -88.01 | -1,283.08 |

| Deduction | | | | |
|---|---|---|---|---|
| Bankruptcy | | | -457.95 | -2145.45 |
| Keeper OnShift Wallet Instapay | | | -504.50 | -6672.25 |
| | | | -1,062.45 | -8,817.70 |

| Net Total | | | 0.00 | 6,671.27 |

| Other Benefit/Info | Amount | Ytd |
|---|---|---|

| Funding Info (Account/Routing/Check #) | Amount |
|---|---|
| Total: | |

Check Number:

Employee Info
Stephanie Fenderson
3741 MACEDONIA RD
POWDER SPRINGS, GA 30127
Department: Nursing
Position: Restorative Aide

| Other Items | Amount | Ytd |
|---|---|---|

Important Notes:
None

---

Powder Springs
3460 Powder Springs Road
Powder Springs, GA 30127

PNC Bank          Check Number

Check Date 07/12/2024

Pay     *** Zero Dollars and 0 Cents ***                    $0.00

            PSC12 7131
Pay to the  Stephanie Fenderson                       !! STUB ONLY !!
order of    3741 MACEDONIA RD                         NON-NEGOTIABLE
            POWDER SPRINGS, GA 30127

                                                       VOID VOID

Scanned with CamScanner

PS OPERATOR
3460 Powder Springs Rd
Powder Springs, GA 30127

Earning Statement bektek
Period Begin: 06/09/2024
Period End: 06/22/2024
Pay Date: 06/28/2024

| Earning | Rate | Hours | Amount | Ytd |
|---|---|---|---|---|
| Paid Regular | 19.00 | 70.15 | 1332.86 | 15036.59 |
| Paid Overtime | | | | 28.50 |
| Diff $2.00W | | | | 15.00 |
| HolWorked 1.5x | | | | 541.50 |
| | | 70.15 | 1,332.86 | 15,621.59 |

| Tax | | | | |
|---|---|---|---|---|
| FICA | | | -82.64 | -968.56 |
| Medicare | | | -19.33 | -226.51 |
| | | | -101.97 | -1,195.07 |

| Deduction | | | | |
|---|---|---|---|---|
| Bankruptcy | | | -562.50 | -1687.50 |
| Keeper OnShift Wallet Instapay | | | -549.00 | -6067.75 |
| | | | -1,111.50 | -7,755.25 |

| Net Total | | | 119.39 | 6,671.27 |

| Other Benefit/Info | Amount | Ytd |
|---|---|---|

| Funding Info (Account/Routing/Check #) | | Amount |
|---|---|---|
| Acct: XXXXX20280; Routing: XXXX74974 | | 119.39 |
| Total: | | 119.39 |

Employee Info
Stephanie Fenderson
3741 MACEDONIA RD
POWDER SPRINGS, GA 30127
Department: Nursing
Position: Restorative Aide

| Other Items | Amount | Ytd |
|---|---|---|

Important Notes:
None

Powder Springs
3460 Powder Springs Road
Powder Springs, GA 30127

Pay Date 06/28/2024
! NOT A CHECK !

Deposit    *** One Hundred Nineteen Dollars and 39 Cents ***    $119.39

Deposit to the account of
PSC12 7131
Stephanie Fenderson
3741 MACEDONIA RD
POWDER SPRINGS, GA 30127

!! STUB ONLY !!
NON-NEGOTIABLE

VOID VOID

Scanned with CamScanner

PS OPERATOR  
3460 Powder Springs Rd  
Powder Springs, GA 30127

Earning Statement bektek  
Period Begin: 05/26/2024  
Period End: 06/08/2024  
Pay Date: 06/14/2024

| Earning | Rate | Hours | Amount | Ytd |
|---|---|---|---|---|
| Paid Regular | 19.00 | 46.78 | 888.88 | 13703.73 |
| Paid Overtime | | | | 28.50 |
| Diff $2.00W | | | | 15.00 |
| HolWorked 1.5x | 28.50 | 5.87 | 167.20 | 541.50 |
| | | 52.65 | 1,056.08 | 14,288.73 |

| Tax | | | | |
|---|---|---|---|---|
| FICA | | | -65.48 | -885.92 |
| Medicare | | | -15.31 | -207.18 |
| | | | -80.79 | -1,093.10 |

| Deduction | | | | |
|---|---|---|---|---|
| Bankruptcy | | | -562.50 | -1125.00 |
| Keeper OnShift Wallet Instapay | | | -164.00 | -5518.75 |
| | | | -726.50 | -6,643.75 |

| Net Total | | | 248.79 | 6,551.88 |

| Other Benefit/Info | Amount | Ytd |
|---|---|---|

| Funding Info (Account/Routing/Check #) | Amount |
|---|---|
| Acct: XXXXX20280; Routing: XXXX74974 | 248.79 |
| Total: | 248.79 |

Employee Info  
Stephanie Fenderson  
3741 MACEDONIA RD  
POWDER SPRINGS, GA 30127  
Department: Nursing  
Position: Restorative Aide

| Other Items | Amount | Ytd |
|---|---|---|

Important Notes:  
None

Powder Springs  
3460 Powder Springs Road  
Powder Springs, GA 30127

Pay Date 06/14/2024  
! NOT A CHECK !

Deposit  *** Two Hundred Forty-Eight Dollars and 79 Cents ***   $248.79

Deposit to the account of  
PSC12 7131  
Stephanie Fenderson  
3741 MACEDONIA RD  
POWDER SPRINGS, GA 30127

!! STUB ONLY !!  
NON-NEGOTIABLE

VOID VOID

Scanned with CamScanner

**PS OPERATOR**
3460 Powder Springs Rd
Powder Springs, GA 30127

**Earning Statement** bektek
Period Begin: 05/12/2024
Period End: 05/25/2024
Pay Date: 05/31/2024

| Earning | Rate | Hours | Amount | Ytd |
|---|---|---|---|---|
| Paid Regular | 19.00 | 54.32 | 1032.02 | 12814.85 |
| Paid Overtime | | | | 28.50 |
| Diff $2.00W | | | | 15.00 |
| HolWorked 1.5x | | | | 374.30 |
| | | 54.32 | 1,032.02 | 13,232.65 |

| Tax | | | Amount | Ytd |
|---|---|---|---|---|
| FICA | | | -63.99 | -820.44 |
| Medicare | | | -14.96 | -191.87 |
| | | | -78.95 | -1,012.31 |

| Deduction | | | Amount | Ytd |
|---|---|---|---|---|
| Bankruptcy | | | 0.00 | 0 |
| Keeper OnShift Wallet Instapay | | | -237.00 | -5354.75 |
| | | | -237.00 | -5,354.75 |

**Net Total**   716.07   6,865.59

| Other Benefit/Info | Amount | Ytd |
|---|---|---|

| Funding Info (Account/Routing/Check #) | Amount |
|---|---|
| Acct: XXXXX20280; Routing: XXXX74974 | 716.07 |
| Total: | 716.07 |

**Employee Info**
Stephanie Fenderson
3741 MACEDONIA RD
POWDER SPRINGS, GA 30127
Department: Nursing
Position: Restorative Aide

| Other Items | Amount | Ytd |
|---|---|---|

**Important Notes:**
None

---

Powder Springs
3460 Powder Springs Road
Powder Springs, GA 30127

Pay Date 05/31/2024
! NOT A CHECK !

Deposit   *** Seven Hundred Sixteen Dollars and 7 Cents ***   $716.07

PSC12 7131

Deposit to the account of
Stephanie Fenderson
3741 MACEDONIA RD
POWDER SPRINGS, GA 30127

!! STUB ONLY !!
NON-NEGOTIABLE

VOID VOID

Scanned with CamScanner